# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Giovinazzo v. Susquehanna Bank [1] ..... | 3147 EDA 2014<br>Affirmed | 07/01/2016 | 00133 Feb. Term 2013<br>(Philadelphia) |
| Com. v. Hagwood .................... | 1871 EDA 2015<br>Reversed and<br>Remanded | 07/01/2016 | CP-51-CR-0701822-<br>2006<br>(Philadelphia) |
| Com. v. Ortiz [2] ....................... | 1924 EDA 2015<br>Reversed and<br>Remanded | 07/01/2016 | CP-51-CR-0014133-<br>2008<br>(Philadelphia) |
| Com. v. Gibson ...................... | 2402 EDA 2015<br>Affirmed | 07/01/2016 | CP-51-CR-0008036-<br>2013<br>(Philadelphia) |
| In the Interest of L.M.; Appeal of C.M. | 2935 EDA 2015<br>Affirmed | 07/01/2016 | CP-51-AP-0000523-<br>2015<br>(Philadelphia) |
| Com. v. Martin ...................... | 3031 EDA 2015<br>Affirmed | 07/01/2016 | CP-51-CR-0009280-<br>2007<br>(Philadelphia) |
| Com. v. Marcy ....................... | 995 MDA 2015<br>Reversed | 07/01/2016 | CP-40-CR-0000671-<br>2010<br>(Luzerne) |

1. Petition for reargument denied September 08, 2016.
2. Petition for reargument denied August 31, 2016.